**Dated: August 21, 2020**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

```
          IN THE UNITED STATES BANKRUPTCY COURT FOR
              THE WESTERN DISTRICT OF OKLAHOMA

IN RE:  SUSAN KAY LAUGHARY    )   Case No. 20-12297-JDL
                              )        Chapter 13
        DEBTOR                )
```

**ORDER OF ABANDONMENT AND LIFTING STAY**

The Motion for Relief From Automatic Stay and Abandonment of Property and Notice of Opportunity for Hearing filed herein by U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust, or its successors or assigns, (hereinafter referred to as Movant) comes on for consideration. All findings of fact and conclusions of law are based upon representation of counsel.

The Movant claims to be the holder of a claim secured by a first mortgage lien upon the following property, situated in County, Oklahoma, described as:

>     LOTS TWENTY THREE (23), TWENTY FOUR (24),
>     AND TWENTY FIVE (25),BLOCK FIVE (5)WARR'S
>     BETTER BUILT HOMES ADDITION NO.3 TO OKLAHOMA
>     CITY, OKLAHOMA COUNTY, OKLAHOMA, ACCORDING
>     TO THE RECORDED PLAT THEREOF

Counsel represents that the motion was filed on August 5, 2020 and served on all parties in interest pursuant to Local Rule 9007-1 and 11 U.S.C. § 362(d), and the last date for filing objections was August 19,2020, which has passed with no objection thereto being served and filed.  Therefore, the motion should be granted.

The Movant will suffer irreparable injury, loss and damage unless the automatic stay is lifted to permit Movant to proceed with its foreclosure action.  The irreparable injury, loss and damage will be a greater accrual of interest on the unpaid principle balance and a potential deterioration of the property without the ability of the lender to conduct property preservation efforts.

**IT IS THEREFORE ORDERED** that the Trustee be and hereby is ordered to abandon the subject property and said property shall no longer constitute a part of said property estate.

**IT IS FURTHER ORDERED** that the stay imposed under 11 U.S.C. Section 362 is hereby lifted and terminated so as to permit enforcement of liens against the subject property described herein.  The Court further orders that the request of the Movant for a waiver of the fourteen (14) day stay applicable to orders granting relief from stay is hereby granted.

**ALL FINDINGS OF FACT ARE BASED ON REPRESENTATIONS OF COUNSEL**

The Movant Shall Notify All Interested Parties of This Order
###

APPROVED FOR ENTRY:

s/Bret D. Davis
BRET D. DAVIS        #15079
LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.
5613 N Classen Boulevard
Oklahoma City, Oklahoma 73118-1295
(405) 840-5900
Attorneys for Movant
bdavis@lamunmock.com